

**Entered on Docket
November 05, 2009**

_____
**Hon. Bruce A. Markell
United States Bankruptcy Judge**

_____

Kristin A. Schuler-Hintz, Esq., SBN 7171
Seth J. Adams, Esq., SBN 11034
Christopher K. Lezak, Esq., SBN  11185
McCarthy & Holthus, LLP
811 South Sixth Street
Las Vegas, NV  89101
Phone (702) 685-0329 ext 3748
Fax (866) 339-5691
NVBK@McCarthyHolthus.com

Attorney for: Secured Creditor, US Bank National Association, as Trustee for Credit Suisse First Boston MBS 2004-ARMT 1, its assignees and/or successors and the servicing agent AMERICAS SERVICING CORPORATION

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re: | ) Case No.: 09-26863-BAM |
| | ) |
| Fernanda Souza, | ) Chapter  7 |
| | ) |
| Debtor. | ) DATE:  10/27/09 |
| | ) TIME:   01:30 pm |
| | ) |
| | ) **ORDER TERMINATING** |
| | ) **AUTOMATIC STAY** |
| | ) |

  The Motion for Relief From Automatic Stay came on regularly for hearing at the date and time set forth above before the United States Bankruptcy Court.  Upon review of the Motion and supporting evidence, and good cause appearing, the Court rules as follows:

M&H File No. NV09-45847
09-26863-BAM

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the automatic stay provisions of 11 U.S.C. §362 be and are hereby terminated with respect to the interests of Movant in the real property commonly known as 251 Buckskin Street, Henderson, NV 89074.

IT IS SO ORDERED.

Submitted by:

_/s/ Christopher K. Lezak, Esq._
Christopher K. Lezak, Esq.
811 South Sixth Street
Las Vegas, NV 89101
702-685-0329

Approved/Disapproved

_Emailed 10/28/09 – No response received._
Yvette Weinstein
6450 Spring Mt. Rd. #14
Las Vegas, NV 89146

M&H File No. NV09-45847
09-26863-BAM

ALTERNATIVE METHOD re; RULE 9021:

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

☐ The court has waived the requirement of approval under LR 9021.

☐ No parties appeared or filed written objections, and there is no trustee appointed in the case.

☒ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in the case, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

Counsel appearing: None

Unrepresented parties appearing: None

Trustee: Yvette Weinstein *Emailed 10/28/09 – No response received.*

/s/ Christopher K. Lezak, Esq.
Christopher K. Lezak, Esq.

### 

M&H File No. NV09-45847
09-26863-BAM